JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YVONNE MANRIQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MAGGARD ENTERPRISES, INC.; and DOES 1 through ten, inclusive,<br><br>    Defendants. | Case No. CV 10-3215 PA (PJWx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION RE: DISMISSAL<br><br>[Stipulation Re: Dismissal Filed Concurrently Herewith] |

Pursuant to the Stipulation entered into by Plaintiff Yvonne Manriquez and Defendant Maggard Enterprises, Inc., this action, including all claims for relief that have been or could have been asserted in connection with the general set of facts and circumstances underlying the action, is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs in this action.

**IT IS SO ORDERED.**

Dated: August 6, 2010

_____
United States District Court Judge
Central District of California